DOC # 00001611
Bk: 2946 Pg: 252

# CITY OF EAST PROVIDENCE ZONING BOARD OF REVIEW DECISION

**Date:** March 6, 2008

This is to certify that at the East Providence Zoning Board of Review meeting held on February 27, 2008, the Board considered the following request:

**Applicant:** Omnipoint Communications, Inc., a wholly owned subsidiary of T-Mobile USA, Inc.
**Owner of Property:** Saint Martha's Church / Diocese of Providence
**Subject Premises:** 2595 Pawtucket Avenue
**Map:** 308 **Block:** 02 **Parcel:** 021.00
**Case Number:** 6265
**Zoning District:** Residential 3 District
**Requested Action:** Seeking a **Use Variance** to introduce a telecommunications tower and accessory antennas / equipment on a residentially zoned property, otherwise deemed a prohibited land use pursuant to **Section 19-98 'Schedule of Use Regulations'**.

**Zoning Board of Review Members Voting on Application in Question:** Eugene Saveory, Christopher Smith, Michael Beauparlant, John Braga, and Donald Turner.

**Documents and other material submitted in regard to the subject petition:** Package containing several documents, including both Use and Dimensional Application(s), Project description, State Historic Preservation letter dated December 20, 2007, FCC License, Elijah Lutuu, RF Engineer, Affidavit and Propagation Maps, Site Plan package consisting of four-sheets, entitled 'St. Martha's Church', prepared by URS Corporation, AES, Project No. 36923775, and dated Revised December 3, 2007, Gerard Squires, Site Acquisition Specialist, Affidavit, Lease Agreement, Abutters List; Photographs illustrating superimposed telecommunications tower from various vantage points; 200-foot radius map entitled 'St. Martha's Church', prepared by MRC Engineering, Inc., dated July 5, 2007; Mr. Michael Dumas' letter submitted to the attention of the ZBR Chairman; Letter from the East Providence Historical Society, dated April 23, 2007; Resume of Elijah Lutuu, designated Exhibit 'A'; Petition in support of T-Mobile Flag Pole and Memorial Garden, designated Exhibit 'B'; Petition in Opposition to Telecommunications Tower, designated Exhibit 'C'; Scaled Drawing submitted on behalf of Mr. Mateus, in opposition to subject telecommunications tower, designated Exhibit 'D'; Mateus Conceptual Subdivision Plan, designated Exhibit 'E'; Copy of Planning Department Staff Report; Abutters List; Copy of Legal Advertisement; Certified return receipts (dated February 14, 2008) acknowledging abutters within 200' of the subject property were appropriately notified; and all written and recorded minutes of the February 27, 2008, Zoning Board of Review Meeting.

**The Zoning Board of Review hereby unanimously denies the above-described relief in accordance with the submitted application.**

Stated relief has been denied by the Zoning Board of Review as the application has failed to enter evidence to the satisfaction of "***Section 19-47 Application process***", "***Section 19-45(a)(1-4) Variances – Findings required***", and "***Section 19-45(b)(1) Additional Standards***".

**The Zoning Board of Review unanimously denied the subject petition pursuant to the following findings of fact:**

1. The Board concurred that the subject property was already being utilized for beneficial purposes, namely St. Martha's Church. Furthermore, as evidenced by presented testimony, the sole reason for locating the telecommunications tower on the subject property was purely economic oriented. Financial consideration is not within the purview of the Board to consider, pursuant to the noted 'burdens' of Section 19-45(a).

2. Pursuant to the Telecommunications Act, the petitioner is solely responsible for documenting to the satisfaction of the Zoning Board of Review, that there is no other viable, more appropriate site, within the targeted propagation area. The petitioner by their own testimony documented additional sites, inclusive of the City of East Providence water tank, and yet failed to properly pursue co-location on said water tank.

3. The Board finally concluded that permitting introduction of the proposed telecommunications tower on the subject property would result in detrimental harm (impact) on both the immediate abutters as well as surrounding neighborhood.

**Any party aggrieved by this decision may file an appeal in accordance with Title 45, Chapter 24, Section 69 of the Rhode Island General Laws and the City of East Providence Zoning Ordinance, Chapter 19, Section 38(b), within twenty (20) days from the date of the recording of this decision.**

**ZONING BOARD OF REVIEW**

**EUGENE SAVEORY, CHAIRMAN**

**Recorded in the City of East Providence Land Evidence Records**

**Book:** ____________ **Page:** ____________

**Date:** ______________________________

RECORDED
2008 Mar 10 01:37:44P
EAST PROVIDENCE, R.I.
VIRGINIA B. NUNES
CITY CLERK