AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

OMNIPOINT COMMUNICATIONS, INC. a wholly owned subsidiary of T-MOBILE USA, INC.

V.

THE CITY OF EAST PROVIDENCE, CITY OF EAST PROVIDENCE ZONING BOARD OF REVIEW and EUGENE SAVEORY, CHRISTOPHER SMITH, MICHAEL BEAUPARLANT, JOHN BRAGA, DONALD TURNER, MIKEL PERRY, and RICHARD CROKE in their Capacities as members of the CITY OF EAST PROVIDENCE ZONING BOARD OF REVIEW.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-~~129~~ 126-ML

TO: (Name and address of Defendant)

Donald Turner
190 Grosvenor Avenue
East Providence, RI 02914

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian S. Grossman, Esq.
Prince Lobel Glovsky & Tye, LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8184

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/25/08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-30-08 |
| NAME OF SERVER *(PRINT)* Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): To an agent authorized by appointment or by law to receive service of process, namely Barbara Sousa, Legal Dept

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ~ | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/30/08 (Date) — Signature of Server: [signature]

87 Grand View Rd
E. Greenwich, RI 02818
Address of Server

X Barbara Sousa

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.