**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OMNIPOINT COMMUNICATIONS, INC.,**
**A Wholly Owned Subsidiary of**
**T.-Mobile, USA, Inc.**

**vs.** **C.A. NO. 08-126ML**

**THE CITY OF EAST PROVIDENCE,**
**CITY OF EAST PROVIDENCE ZONING**
**BOARD OF REVIEW and EUGENE**
**SAVEORY, CHRISTOPHER SMITH,**
**MICHAEL BEAUPARLANT, JOHN**
**BRAGA, DONALD TURNER, MIKEL**
**PERRY, and RICHARD CROKE**
**in their capacities as members of the**
**CITY OF EAST PROVIDENCE ZONING**
**BOARD OF REVIEW**

**ANSWER OF DEFENDANTS**

Defendants deny the allegation contained in Plaintiff's introduction to its complaint that the City of East Providence Zoning Board of Review unlawfully denied the Plaintiff's application for use and dimensional variances under the City of East Providence Zoning Ordinances. The Defendants further deny that the Plaintiff's application for their requested relief violates § 704 of the Federal Telecommunications Act of 1996, 47 U.S.C. § 332(c). The Defendants have insufficient knowledge to admit or deny the remaining allegations contained in Plaintiff's introduction to its complaint and therefore leaves it to its proof thereon.

1. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 1 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

2. The Defendants admit the allegations contained in Paragraph 2 of Plaintiff's complaint.

3. The Defendants admit the allegations contained in Paragraph 3 of Plaintiff's complaint.

4. The Defendants admit the allegations contained in Paragraph 4 of Plaintiff's complaint.

5. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 5 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

6. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 6 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

7. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 7 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

8. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 8 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

9. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 9 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

10. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 10 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

11. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 11 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

12. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 12 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

13. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 13 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

14. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 14 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

15. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 15 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

16. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 16 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

17. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 17 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

18. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 18 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

19. The Defendants have insufficient information to either admit or deny the allegations contained in Paragraph 19 of Plaintiff's complaint and leave Plaintiff to its proof thereon.

20. The Defendants deny the allegations contained in Paragraph 20 of Plaintiff's complaint.

21. The Defendants deny the allegations contained in Paragraph 21 of Plaintiff's complaint.

22. The Defendants admit the allegations contained in Paragraph 22 of Plaintiff's complaint.

23. The Defendants admit the allegations contained in Paragraph 23 of Plaintiff's complaint.

24. The Defendants admit the allegations contained in Paragraph 24 of Plaintiff's complaint.

25. The Defendants admit the allegations contained in Paragraph 25 of Plaintiff's complaint.

26. The Defendants admit the allegations contained in Paragraph 26 of Plaintiff's complaint.

27. The Defendants admit the allegations contained in Paragraph 27 of Plaintiff's complaint.

28. The Defendants admit the allegations contained in Paragraph 28 of Plaintiff's complaint.

29. The Defendants admit the allegations contained in Paragraph 29 of Plaintiff's complaint.

30. The Defendants deny the allegations contained in Paragraph 30 of Plaintiff's complaint.

31. The Defendants admit the allegations contained in Paragraph 31 of Plaintiff's complaint.

32. The Defendants admit the allegations contained in Paragraph 32 of Plaintiff's complaint.

33. The Defendants deny the allegations contained in Paragraph 33 of Plaintiff's complaint.

34. The Defendants deny the allegations contained in Paragraph 34 of Plaintiff's complaint.

35. The Defendants deny the allegations contained in Paragraph 35 of Plaintiff's complaint.

36. The Defendants deny the allegations contained in Paragraph 36 of Plaintiff's complaint.

37. The Defendants deny the allegations contained in Paragraph 37 of Plaintiff's complaint.

38. The Defendants deny the allegations contained in Paragraph 38 of Plaintiff's complaint.

39. The Defendants deny the allegations contained in Paragraph 39 of Plaintiff's complaint.

40. The Defendants deny the allegations contained in Paragraph 40 of Plaintiff's complaint.

41. The Defendants admit the allegations contained in Paragraph 41 of Plaintiff's complaint.

42. The Defendants hereby restate their answers to Paragraphs 1 through 41 of Plaintiff's complaint as if fully stated herein.

43. The Defendants admit the allegations contained in Paragraph 43 of Plaintiff's complaint.

44. The Defendants deny the allegations contained in Paragraph 44 of Plaintiff's complaint.

45. The Defendants deny the allegations contained in Paragraph 45 of Plaintiff's complaint.

45(sic). 46. The Defendants deny the allegations contained in Paragraph 46 of Plaintiff's complaint.

47. The Defendants deny the allegations contained in Paragraph 47 of Plaintiff's complaint.

48. The Defendants deny the allegations contained in Paragraph 48 of Plaintiff's complaint.

49. The Defendants deny the allegations contained in Paragraph 49 of Plaintiff's complaint.

50. The Defendants deny the allegations contained in Paragraph 50 of Plaintiff's complaint.

51. The Defendants deny the allegations contained in Paragraph 51 of Plaintiff's complaint.

52. The Defendants deny the allegations contained in Paragraph 52 of Plaintiff's complaint.

53. The Defendants hereby restate their answers to Paragraphs 1 through 52 of Plaintiff's complaint as if fully stated herein.

54. The Defendants admit the allegations contained in Paragraph 54 of Plaintiff's complaint.

55. The Defendants deny the allegations contained in Paragraph 55 of Plaintiff's complaint.

56. The Defendants deny the allegations contained in Paragraph 56 of Plaintiff's complaint.

57. The Defendants admit the allegations contained in Paragraph 57 of Plaintiff's complaint.

58. The Defendants deny the allegations contained in Paragraph 58 of Plaintiff's complaint.

59. The Defendants deny the allegations contained in Paragraph 59 of Plaintiff's complaint.

60. The Defendants deny the allegations contained in Paragraph 60 of Plaintiff's complaint.

61. The Defendants deny the allegations contained in Paragraph 61 of Plaintiff's complaint.

62. The Defendants deny the allegations contained in Paragraph 62 of Plaintiff's complaint.

63. The Defendants deny the allegations contained in Paragraph 63 of Plaintiff's complaint.

WHEREFORE, the Defendants respectfully request that Plaintiff's complaint be denied and dismissed.

CITY OF EAST PROVIDENCE
ZONING BOARD OF REVIEW
By its attorneys,

/s/ Timothy J. Chapman
Timothy J. Chapman #3494
145 Taunton Avenue
East Providence, RI 02914
Telephone No.: 401-435-7523
Fax No.: 401-435-7585
E-mail: tchapman@cityofeastprov.com
chapman@eplaw.necoxmail.com
rlefebvre@cityofeastprov.com

/s/ William J. Conley, Jr.
William J. Conley, Jr. #2149
145 Taunton Avenue
East Providence, RI 02914
Telephone No.: 401-435-7523
Fax No.: 401-435-7585
E-mail: wconley@cityofeastprov.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on the 19th day of May, 2008 and is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system:

Brian Grossman, Esq.
bgrossman@princelobel.com

/s/ Timothy J. Chapman