UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC., )<br>A Wholly Owned Subsidiary of )<br>T-Mobile, USA, Inc. )<br>Plaintiff, )<br>v. )<br>)<br>)<br>THE CITY OF EAST PROVIDENCE, )<br>CITY OF EAST PROVIDENCE ZONING )<br>BOARD OF REVIEW and EUGENE )<br>SAVEORY, CHRISTOPHER SMITH, )<br>MICHAEL BEAUPARLANT, JOHN )<br>BRAGA, DONALD TURNER, MIKEL )<br>PERRY, and RICHARD CROKE )<br>in their Capacities as members of the CITY )<br>OF EAST PROVIDENCE ZONING )<br>BOARD OF REVIEW )<br>) | Civil Action No. 08-126ML |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Plaintiff, Omnipoint Communications, Inc., A Wholly Owned Subsidiary of T-Mobile USA, Inc.

Respectfully submitted
Plaintiff
By its Attorney

/s/ Paul Cantor
Paul Cantor, #3177
321 South Main Street , Suite 302
Providence, Rhode Island 02903
Facsimile: (401) 351-9032
Psc@cantorlaw.com

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2008.

/s/ Paul S. Cantor