UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OMNIPOINT COMMUNICATIONS, INC., )
A Wholly Owned Subsidiary of )
T-Mobile, USA, Inc. )
Plaintiff, )
v. ) Civil Action No. 08-126-ML
)
)
THE CITY OF EAST PROVIDENCE, )
CITY OF EAST PROVIDENCE ZONING )
BOARD OF REVIEW and EUGENE )
SAVEORY, CHRISTOPHER SMITH, )
MICHAEL BEAUPARLANT, JOHN )
BRAGA, DONALD TURNER, MIKEL )
PERRY, and RICHARD CROKE )
in their Capacities as members of the CITY )
OF EAST PROVIDENCE ZONING )
BOARD OF REVIEW )
)

**PLAINTIFF'S SUMMARY OF ITS CLAIM**
**IN RESPONSE TO COURT'S RULE 16 ORDER**

**FACTUAL SUMMARY**

On or about January 31, 2008, Omnipoint Communications, Inc., a wholly owned subsidiary of T-Mobile USA, Inc. ("T-Mobile") filed an application with the City of East Providence Zoning Board of Review (the "Board") for use and dimensional variances under the City of East Providence Zoning Ordinance (the "Ordinance") to install, operate, and maintain a ninety foot (90') telecommunications monopole camouflaged as a fully functional flagpole (the "Flagpole"), together with equipment cabinets in a fenced compound at the base of the Flagpole (collectively, the "Facility"), to be located at property leased by T-Mobile at 2595 Pawtucket Avenue, East Providence (the "Property").

T-Mobile has a significant gap in its coverage network in the area of East Providence within which it proposes to construct its Facility. T-Mobile analyzed alternative sites from which it could remedy its coverage gap. However, the City rejected its attempt to locate a wireless communications facility to provide adequate coverage to this significant gap in T-

Mobile's network on City-owned property located at Kent Height Park, 2680 Pawtucket Avenue, and T-Mobile determined that there were no other reasonably feasible and commercially available sites from which it could remedy its coverage gap.

The Board held public hearings for T-Mobile's application on October 11, 2007 and October 13, 2007 (including a view of the Property). During the public hearings, T-Mobile representatives submitted evidence regarding T-Mobile's proposed Facility, the existing and proposed coverage resulting from the Facility and T-Mobile's unsuccessful efforts to find alternative sites in the area.

The Board voted to deny T-Mobile's application and filed its written decision with the City Clerk's office on March 10, 2008.

**LEGAL CLAIMS**

In this action, Omnipoint has raised two claims under the Federal Telecommuncations Act of 1996 (the "TCA") 47 U.S.C. § 332(c): (i) lack of substantial evidence and (ii) effective prohibition of the provision of wireless services.

**Lack of substantial evidence**

T-Mobile contends that Board failed to base its denial on substantial evidence on a written record as required by the TCA, by denying T-Mobile's application notwithstanding (i) T-Mobile's need to close a significant gap in its coverage network, (ii) the uncontroverted scientific evidence and testimony submitted by T-Mobile to substantiate its significant gap in coverage, (iii) the uncontroverted written evidence and testimony submitted by T-Mobile demonstrating that no reasonably feasible alternative exists, and (iv) that T-Mobile's application for use and dimensional variances satisfied the criteria set forth in the Zoning Ordinance for such relief. Further, the Board improperly relied upon opposition by members of the public including generalized concerns regarding aesthetics that cannot be a proper basis for a denial under the TCA.

**Effective Prohibition**

T-Mobile will demonstrate that the Board's denial of its request for the proposed Facility results in an effective prohibition of the provison of personal wireless services in violation of the TCA because Omnipoint's existing application is the only feasible plan to provide coverage to its substantial coverage gap in East Providence, as there are no reasonably feasible alternative sites in the area. See Second Generation Properties, L.P. v. Town of Pelham, 313 F.3d 620 (1st Cir. Ct. of App. 2002).

OMNIPOINT COMMUNICATIONS, INC.

By its attorneys,

/s/ Brian S. Grossman

Brian S. Grossman, Esq.
RI Attorney #7308
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Telephone: (617) 456-8184
Fax Number: (617) 456-8100

/s/ Paul Cantor

Paul Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

Date: August 14, 2008

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 14, 2008.

/s/ Brian S. Grossman